**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Jeremy Alexander | 5/18/1984 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Brandon Dean Allen | 04/06/1993 | Minnesota | District of Minnesota | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Denny Ray Allen | 06/14/1943 | Oregon | District of Oregon | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Rachelle Amado | 01/22/1973 | Illinois | Southern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Barbara J Andrews | 01/28/1953 | Arizona | District of Arizona | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VIII, IX, XII, XIII, XIV |
| 6. | Thomas Andrews Walker | 05/16/1959 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Louis Arrazola | 02/02/1963 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Christine Ashby | 10/17/1952 | Arizona | District of Arizona | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Thomas Atkins | 02/19/1945 | New Jersey | District of New Jersey | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Mark Steven Badgley | 12/01/1956 | Oregon | District of Oregon | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Jeffrey Bair | 08/14/1968 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VIII, IX, XII, XIII, XIV |
| 12. | Darlene Ballew | 11/22/1953 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 13. | Joseph J Bayer | 09/29/1940 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Charles Bellard | 10/01/1964 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Shannon Blackmon | 06/23/1966 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Robert Bohlander | 04/30/1972 | Ohio | Northern District of Ohio | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Timothy Bolos | 4/26/1994 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Theresa Bouwman | 01/02/1964 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Linda S Brashears | 06/11/1954 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | James Edward Brison | 09/14/1946 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Clarence D Brown | 09/22/1956 | New Mexico | District of New Mexico | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Sherry Bullock | 01/20/1966 | Georgia | Middle District of Georgia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 23. | Laura Caldera | 05/19/1981 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Debra J. Callaway | 03/23/1960 | Kansas | District of Kansas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Gary Thomas Campbell | 02/13/1958 | Virginia | Western District of Virginia | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Lucille Carr | 5/23/1946 | Rhode Island | District of Rhode Island | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 27. | Nenita P Carter | 04/16/1963 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Kristen Renay Chapa | 09/18/1981 | Idaho | District of Idaho | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Justin Clearman | 11/25/1979 | Nebraska | District of Nebraska | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Eugene James Cooper | 02/02/1951 | Texas | Southern District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Jelisa Cooper | 1/14/1993 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Thomas E Corley | 05/07/1946 | Georgia | Middle District of Georgia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Robert M Corr Jr. | 07/05/1961 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Pateria L. Cox | 06/26/1962 | Florida | Middle DIstrict of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Jennifer Graziella Croazzo | 12/12/1984 | Florida | Northern District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Sergio Cuevas | 11/10/1980 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Daniel C Day | 11/29/1977 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | James H DeBoard | 11/06/1950 | Oregon | District of Oregon | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Robert Daniel Edwards Jr | 08/08/1957 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Reed Clifford Estrada | 11/22/1955 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Steven Fisher | 03/18/1953 | Oregon | District of Oregon | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Elois Garth | 10/06/1958 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Mary Gaulin (Gaucher) | 04/11/1959 | Nebraska | District of Nebraska | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Damon Glover | 03/09/1968 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Michael P Gmur | 12/5/1985 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Jeremy Gordon | 02/06/1986 | Louisiana | Middle District of Louisiana | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Dana Grandberry | 07/26/1967 | Florida | Middle District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Claudette Grant | 01/23/1965 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Gregory Lee Griffin | 04/09/1961 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Jeanne Grover | 9/9/1944 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 51. | Rodney Guyant | 12/22/1987 | Washington | Western District of Washington | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Edward Eugene Hall II | 10/24/1954 | Illinois | Central District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Walter Francis Hammer | 03/19/1964 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Willie Claude Harris | 01/17/1963 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Aaron Harvey | 6/25/1973 | Oregon | District of Oregon | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Linda Helms | 12/30/1956 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 57. | June R Henson | 06/15/1960 | Arizona | District of Arizona | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Nancy Hernandez | 06/22/1945 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Marsha Hills | 12/11/1956 | Minnesota | District of Minnesota | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 60. | Daniel Hines | 01/07/1986 | Virginia | Western District of Virginia | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Harold Dwight Holloway | 09/28/1961 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Derrel G. Hooten | 07/29/1960 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Scott Hower | 07/14/1982 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Audrey Grays Jackson | 03/25/1953 | Alabama | Middle District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Heather Noel Jinkins | 03/01/1971 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Dana M. Jones | 09/06/1977 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Michael Kennedy | 9/25/1990 | California | Northern District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Ashton Javon Kersey | 02/07/1991 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Miles King | 5/6/1981 | Nevada | District of Nevada | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Frank Leon Kirson | 08/14/1956 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | John Landon Kuykendall | 04/09/1942 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Sherri Labbe | 08/12/1969 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Jeremy B Lambert | 08/29/1976 | New Mexico | District of New Mexico | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Suzanne L Lessard | 04/25/1967 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Terrence Lutz | 10/06/1960 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Lolita Lyons | 04/05/1947 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Charles Mabee | 03/30/1954 | Washington | Western District of Washington | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Daniel Macdow | 02/12/1952 | Maine | District of Maine | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Robert W Marte | 07/11/1960 | New York | Eastern District of New York | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Nancy Mcclanahan | 06/21/1959 | Indiana | Northern District of Indiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Melissa Perry McGee | 07/22/1979 | Georgia | Middle District of Georgia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Paul Peter Mcqueen | 04/19/1967 | New York | Eastern District of New York | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Brandon Lee Miller | 05/03/1987 | West Virginia | Northern District of West Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Nadine Mitchell | 3/9/1966 | Utah | District of Utah | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 85. | Oscar Mario Montenegro | 07/15/1971 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | David Morgan | 07/29/1947 | Georgia | Northern District of Georgia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Patrick Murphy | 6/13/1970 | Georgia | Northern District of Georgia | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Charles Edward Murray | 11/13/1951 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Tamara Dorene Norman | 12/24/1967 | Indiana | Southern District of Indiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | James O'Malley | 01/14/1953 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Mike Oloughlin | 12/12/1980 | Florida | Middle District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Angel Otero Jr | 07/22/1975 | Texas | Western District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Melinda Paulhus | 05/07/1964 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Travoll Payne | 01/03/1963 | Texas | Western District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Jery Pearson | 09/09/1963 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | George Peloquin | 5/2/1958 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 97. | Roger P Penrod | 09/16/1953 | Iowa | Southern District of Iowa | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Katrina Dawn Phillips | 10/13/1974 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Matthew Ryan Phillips | 08/27/1983 | Illinois | Central District of Illinois | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Sandra Pieczynski | 09/03/1962 | New York | Western District of New York | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Sherri Lynn Polk | 01/07/1961 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Robert Glen Poole | 06/24/1965 | Colorado | District of Colorado | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Lawrence Demont Powe | 07/23/1983 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | William James Proctor Jr | 04/23/1943 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Jimmie W Ragan Jr | 09/29/1963 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Michael Ragan | 02/25/1973 | California | Eastern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Nancy Reichenbach | 08/11/1972 | Ohio | Southern District of Ohio | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Renee Revoir | 2/6/1980 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Rodney Rivers | 10/24/1963 | Alabama | Middle District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | James Allen Roberson | 11/30/1943 | Oklahoma | Northern District of Oklahoma | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Ian Richard Robertson | 9/19/1980 | Maine | District of Maine | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Vince Rondello | 11/19/1970 | Colorado | District of Colorado | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Billy Don Ross Jr. | 11/30/1955 | New Mexico | District of New Mexico | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Shawn P Schuler | 02/03/1971 | Ohio | Southern District of Ohio | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Shelbi Lewis Sellers | 07/24/1975 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Patricia Anne Sepulveda | 07/22/1954 | California | Northern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Lisa Shepard | 03/14/1975 | Missouri | Eastern District of Missouri | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Yaakov A Shlomo | 02/04/1964 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Robin Michelle Simmons | 12/18/1958 | New York | Eastern District of New York | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Robert Maynard Sinclair Jr | 10/27/1963 | Maine | District of Maine | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Richard Ricky Skagen | 12/04/1959 | Washington | Western District of Washington | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Mitchell Dwayne Smith | 05/09/1958 | Washington | Eastern District of Washington | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Ronnie Sopena | 08/14/1973 | Florida | Southern District of Florida | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Carol Spencer | 07/03/1962 | Washington | Western District of Washington | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Russell Wade Spencer | 10/04/1964 | Texas | Western District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Stanley Stewart | 06/19/1965 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Jennifer Stringfellow | 07/08/1974 | Texas | Northern District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | David L Strom | 07/20/1955 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Annie Louise Sullivan | 03/25/1946 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | David Alexander Sweenie | 5/12/1957 | Maine | District of Maine | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Leonard Eugene Sydnor | 08/22/1956 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Richard Hayward Thomas | 10/07/1976 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Onya Thurston | 07/26/1982 | Delaware | District of Delaware | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Posu A Tiapula | 11/09/1950 | California | Eastern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Regina Tillman | 03/26/1972 | California | Eastern District of California | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Garrick A Towles | 05/07/1970 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Brenda Truman | 06/16/1973 | Nevada | District of Nevada | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Danny Tyler | 01/10/1961 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Ricky Tyms | 3/3/1960 | Florida | Northern District of Florida | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Jeanne Vacca | 9/11/1963 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Johnnie White | 01/04/1976 | California | Northern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Curtis James Williams | 08/21/1961 | New York | Western District of New York | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | George Williams | 07/02/1957 | Washington | Eastern District of Washington | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Hosie Mckinley Williams | 02/04/1958 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Michael Williams | 01/14/1962 | Illinois | Southern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Cathy Willis | 2/16/1962 | Maryland | District of Maryland | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 147. | Joseph Wilson | 3/11/1980 | Washington | Eastern District of Washington | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Larry Wilt | 12/27/1966 | Wyoming | District of Wyoming | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | Shawn Withers | 12/29/1971 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Victor Young | 7/22/1968 | Georgia | Northern District of Georgia | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |